UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: PATRICK CLARK & SUZANNE CLARK,<br><br>          Debtors. | No. 2:15-cv-02228-GEB<br><br>**ORDER** |

This Order issues because of representations S&J Advertising, Inc., makes in the Motion to Dismiss Appeal it filed on December 14, 2015, concerning a prior appeal filed in this district. (Mot. to Dismiss Appeal 4:3-5, ECF No. 4.) Because of those representations, a party shall file a Notice of Related Cases document no later than January 18, 2016, in each action opined to be related. Alternatively, each party shall show cause ("OSC") in a filed response why a sanction should not be imposed for failure to comply with Local Rule 123 no later than January 18, 2016. If a hearing is desired on the OSC, it shall be requested in the above-referenced filing.

Further, the Motion to Dismiss Appeal filed on December 14, 2015, (ECF No. 4), is deemed withdrawn because of the failure to comply with Local Rule 123, but can be re-noticed for hearing after a decision is filed on the Notice of Related Cases issue.

Dated:  January 6, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge